UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## MINUTES OF PROCEEDINGS--CIVIL

| | |
|---|---|
| MALIK WILLIAMS, *et al.*, | DATE: July 26, 2023 |
| | CASE NO. 1:22CV01162 |
| Plaintiffs, | |
| vs. | |
| MANUEL KAFAS, *et al.*, | MAGISTRATE JUDGE JONATHAN D. GREENBERG |
| Defendants. | COURT REPORTER: N/A |

| | |
|---|---|
| Attorneys for Plaintiffs: Avery Friedman, Jeremy Tor | Attorney for Defendants: David Harvey, III |
| Plaintiffs: Malik Williams | Defendants: Manuel Kafas, Kostandinos Kafantaris |

PROCEEDINGS: An in-person status conference and settlement conference were held on July 26, 2023, with the above participants. The parties were able to reach an agreement. Therefore, the docket shall be marked "settled and dismissed without prejudice." On or before close of business (5:00 p.m.) on October 16, 2023, the parties shall submit a proposed and executed Stipulation of Dismissal with Prejudice, which, if approved, shall supersede this Order. Any filing of the transcript shall be under seal. The Court shall retain jurisdiction to enforce the terms of the settlement agreement.

  3 hours  
Total Time

*s/ Jonathan D. Greenberg*  
United States Magistrate Judge